# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

Civil Action No. 12-cv-01221-AP

VERNELL S. MURPHY,

                    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

> For Plaintiff:
> Robert W. Turner
> Steven U. Mullens, P.C.
> 105 E Moreno Ave
> PO Box 2940
> Colorado Springs, CO 80901
> (719) 632-5911
> rwt@turnerlaw.com

> For Defendant:
> Daniel E. Burrows
> Special Assistant U.S. Attorney
> Social Security Administration, Region VIII
> District of Colorado
> 1001 17th St
> Denver, CO 80202
> (303) 844-7356
> daniel.burrows@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** 5/10/12

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** 5/24/12

    **C.**    **Date Answer and Administrative Record Were Filed:** 10/22/12

**1.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff's attorney has reviewed the Administrative Record, and the Administrative Records appears to be complete.  Defendants' counsel also believes the Administrative Record to be complete.

**2.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

No additional evidence is being submitted.

**3.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**4.  OTHER MATTERS**

    None

**5.  BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** December 17, 2012

    **B.**    **Defendant's  Response Brief Due:** January 16, 2013

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** January 31, 2013

## 1. STATEMENTS REGARDING ORAL ARGUMENT

**D.**   **Plaintiff's Statement:** No oral argument.

**E.**   **Defendant's Statement:** No oral argument

## 1. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

**F.**   **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**G.**   **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 1. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of November, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

*/s/ Robert W. Turner*
Robert W. Turner
105 E Moreno
PO Box 2940
Colorado Springs, CO 80901-2940
Telephone: (719)632-5011
rwt@rwturnerlaw.com
Attorney for Plaintiff

*/s/ Daniel E. Burrows*
By: Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov
Attorney for Defendant(s)