## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

Civil Action No. 12-cv-01221-AP

VERNELL S. MURPHY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____


**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
        Robert W. Turner
        Steven U. Mullens, P.C.
        105 E Moreno Ave
        PO Box 2940
        Colorado Springs, CO 80901
        (719) 632-5911
        rwt@turnerlaw.com

    For Defendant:
        Daniel E. Burrows
        Special Assistant U.S. Attorney
        Social Security Administration, Region VIII
        District of Colorado
        1001 17th St
        Denver, CO 80202
        (303) 844-7356
        daniel.burrows@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 5/10/12

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 5/24/12

    C.    **Date Answer and Administrative Record Were Filed:** 10/22/12

**1.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff's attorney has reviewed the Administrative Record, and the Administrative Records appears to be complete. Defendants' counsel also believes the Administrative Record to be complete.

**2.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

No additional evidence is being submitted.

**3.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**4.  OTHER MATTERS**

   None

**5.  BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** December 17, 2012

    B.    **Defendant's Response Brief Due:** January 16, 2013

    C.    **Plaintiff's Reply Brief (If Any) Due:** January 31, 2013

1. **STATEMENTS REGARDING ORAL ARGUMENT**

    D.      **Plaintiff's Statement:** No oral argument.

    E.      **Defendant's Statement:** No oral argument

1. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    F.      ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    G.      (  ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

1. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only <u>upon a showing of good cause</u>.*

DATED this 16th day of November, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

*/s/ Robert W. Turner*
Robert W. Turner
105 E Moreno
PO Box 2940
Colorado Springs, CO 80901-2940
Telephone: (719)632-5011
rwt@rwturnerlaw.com
Attorney for Plaintiff

*/s/ Daniel E. Burrows*
By: Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov
Attorney for Defendant(s)